IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 3:05-759-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TYRELL LETWAN DAVIS | ) | |
| | ) | |
| _____ | ) | |

The defendant has requested that he be allowed to terminate his supervised release early. After receiving input from both the United States Probation Office and the United States Attorneys Office, the court is of the opinion that early termination is not appropriate in this case. The motion is, therefore, respectfully denied without prejudice.

IT IS SO ORDERED.

March 25, 2013                                          Joseph F. Anderson, Jr.
Columbia, South Carolina                        United States District Judge